# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-1570 CAS (MRW) | Date | September 18, 2018 |
|---|---|---|---|
| Title | Eudoro Gamez-Gamez v. Kirstjen Nielsen | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

Petitioner filed a notice of voluntary dismissal of petition. (Docket # 16.) This action is dismissed without prejudice.